**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Daniel Bradley

        Plaintiff,

        V.

Cicero, et al

        Defendants.

CIVIL ACTION
NO. 18-CV-30039-MGM

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE MASTROIANNI

[ ]     The parties have informed the court that they wish to withdraw their request for ADR at this time.

[X]     On April 29, 2019 I held the following ADR proceedings:

       ___ SCREENING CONFERENCE     ___ EARLY NEUTRAL EVALUATION
       ___ FOLLOWUP CONFERENCE       ___ SUMMARY BENCH / JURY TRIAL
       ___ MINI-TRIAL                         _X_ MEDIATION

[X]     All parties were represented by counsel

[X]     The parties were present in person or by authorized corporate officer.

The case was:

[ ]     Settled.

[ ]     There was significant progress.

[X]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement: await further word from the parties.

[ ]     Other:

April 29, 2019                         /s/ Kenneth P. Neiman
DATE                                ADR Provider
                                      KENNETH P. NEIMAN, U.S. Magistrate Judge